JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
SARAH E. GRISWOLD (CA SBN 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant KOHL'S
DEPARTMENT STORE, INC.
ERRONEOUSLY SUED AS
"KOHL'S CORPORATION d/b/a
KOHL'S DEPARTMENT STORE, INC."

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION d/b/a KOHL'S DEPARTMENT STORE, INC.,<br><br>Defendant. | Case No.   2:08-CV-307 FCD GGH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND**<br><br>Hon. Frank C. Damrell, Jr.<br><br>Complaint filed:  February 8, 2008 |

Pursuant to Eastern District Local Rule 6-144, the parties through their undersigned counsel stipulate that the time in which defendant may respond to the complaint is extended to and including April 8, 2008.  This deadline was previously extended once, to April 1, 2008.

//////

//////

//////

//////

//////

//////

STIPULATION TO EXTEND TIME TO RESPOND
Case No. 08-CV-307 FCD GGH

1

| | |
|---|---|
| Dated: April 1, 2008 | JAMES R. MCGUIRE<br>MORRISON & FOERSTER LLP<br><br>By:      /s/ James R. McGuire<br>            James R. McGuire<br><br>Attorneys for Defendant<br><br>KOHL'S DEPARTMENT STORE, INC. ERRONEOUSLY SUED AS "KOHL'S CORPORATION d/b/a KOHL'S DEPARTMENT STORE, INC." |
| Dated: April 1, 2008 | CONSUMER JUSTICE CENTER, P.A.<br>THOMAS J. LYONS, JR. (MN Bar No: 0249646) (*Pro Hac Vice* to be filed)<br>367 Commerce Court<br>Vadnais Heights, Minnesota 55127<br>Telephone: (651) 770-9707<br>tommycjc@aol.com<br><br>By:      /s/ Thomas J. Lyons, Jr.<br>            Thomas J. Lyons, Jr.<br><br>Attorneys for Plaintiff<br>YESENIA SANCHEZ |

IT IS SO ORDERED.

Dated: April 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE