1  JAMES R. McGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
2  SARAH E. GRISWOLD (CA SBN 240326)
   SGriswold@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile:  415.268.7522

6  Attorneys for Defendant KOHL'S
   DEPARTMENT STORE, INC.
7  ERRONEOUSLY SUED AS
   "KOHL'S CORPORATION d/b/a
8  KOHL'S DEPARTMENT STORE, INC."

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  YESENIA SANCHEZ, on behalf of herself and      Case No.   08-CV-307 FCD GGH
    all others similarly situated,
14                                                 **ORDER EXTENDING PRE-
                    Plaintiff,                     CERTIFICATION DISCOVERY
15                                                 DEADLINES**
         v.
16                                                 Hon. Frank C. Damrell, Jr.
    KOHL'S CORPORATION d/b/a KOHL'S
17  DEPARTMENT STORE, INC.,                        Complaint filed:  February 8, 2008

18                  Defendant.

19

20

21

22

23

24

25

26

27

28

Case No. 08-CV-307 FCD GGH

sf-2573102

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Eastern District Local Rule 6-144, the parties through their undersigned counsel jointly request that the pre-certification discovery deadlines set in the Court's June 18 Status (Pretrial Scheduling Order) be extended by approximately one month. This amended application is made pursuant to a communication from the Court regarding the necessary scope of continuing discovery deadlines.

The parties' preliminary investigations and discussions revealed that certain third party discovery, which had been unanticipated, is necessary to develop and frame the issues between the parties and also that it would be most efficient to sequence discovery such that the third party discovery was taken first. That discovery has been scheduled and was to have been completed by September 15. The third party witness, however, is located in Houston, Texas. The evacuation of the Houston area due to Hurricane Ike necessitated a continuance of the third party witness deposition of approximately one to two weeks. To complete the discovery necessitated by information obtained through third party discovery, the parties will then need to conduct additional pre-certification discovery. To that end, the parties request that the pre-certification discovery cut-off be extended by one month from September 17 to and including October 17, 2008.

The parties further request that the following pre-certification discovery dates be extended by one month or less as follows:

(a) The deadline for the pre-certification expert disclosures be extended from October 1, 2008 to and including October 31, 2008.

(b) The deadline for the rebuttal expert disclosures be extended from October 21, 2008 to and including November 7, 2008.

(c) The pre-certification expert discovery cut-of be extended from November 21, 2008 to and including December 8, 2008.

The parties request that the class motion schedule be continued as follows:

(a) The deadline for Plaintiff's Motion for Class Certification be extended from December 23, 2008 to and including February 2, 2009.

Case No. 08-CV-307 FCD GGH
sf-2573102

1

1    (b) The deadline for Defendant's opposition be extended from January 9, 2009 to and
including February 20, 2009.

   (c) The deadline for Plaintiff's reply be extended from January 16, 2009 to and including
February 27, 2009.

   (d) The hearing on the motion be continued from January 23, 2009 at 10:00 a.m. to March
6, 2009 at 10:00 a.m.

   No previous extension of any of these deadlines has been sought.

Dated: September 18, 2008   MORRISON & FOERSTER LLP

   By:    /s/ James R. McGuire
          James R. McGuire

   Attorneys for Defendant
   KOHL'S DEPARTMENT STORE,
   INC. ERRONEOUSLY SUED AS
   "KOHL'S CORPORATION d/b/a
   KOHL'S DEPARTMENT STORE,
   INC."

Dated: September 18, 2008   CONSUMER JUSTICE CENTER, P.A.
   THOMAS J. LYONS, JR. (MN Bar No:
   0249646) (*Pro Hac Vice*)
   367 Commerce Court
   Vadnais Heights, Minnesota 55127
   Telephone: (651) 770-9707
   tommycjc@aol.com

   By:    s/ Thomas J. Lyons, Jr.
          Thomas J. Lyons, Jr.

   Attorneys for Plaintiff
   YESENIA SANCHEZ

IT IS SO ORDERED.

Dated: September 18, 2008

   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

Case No. 08-CV-307 FCD GGH

sf-2573102

2