GREGORY P. DRESSER (CA SBN 136532)
GDresser@mofo.com
SARAH E. GRISWOLD (CA SBN 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant KOHL'S
DEPARTMENT STORES, INC.
erroneously sued as
"KOHL'S CORPORATION d/b/a
KOHL'S DEPARTMENT STORE, INC."

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA SANCHEZ, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KOHL'S CORPORATION d/b/a KOHL'S DEPARTMENT STORE, INC., <br><br> Defendant. | Case No. 08-CV-307 FCD GGH <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** <br><br> Honorable Frank C. Damrell, Jr. <br><br> Complaint Filed: February 8, 2008 |

| | |
|---|---|
| 1 | The parties, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil |
| 2 | Procedure, hereby stipulate and agree that the above-captioned action be and hereby is dismissed |
| 3 | with prejudice. The parties shall bear their own fees and costs. |

Dated: December 17, 2008       CONSUMER JUSTICE CENTER

By:    */s/ Thomas J. Lyons, Jr.*
         Thomas J. Lyons, Jr.

Attorneys for Plaintiff
YESENIA SANCHEZ

Dated: December 17, 2008       MORRISON & FOERSTER LLP

By:    */s/ Gregory P. Dresser*
         Gregory P. Dresser

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC., erroneously sued as "KOHL'S CORPORATION d/b/a KOHL'S DEPARTMENT STORE, INC."

### ECF CERTIFICATION

I hereby attest that Thomas J. Lyons, Jr., Attorney for Plaintiff, has concurred in the efiling of this Stipulation for Voluntary Dismissal and that I have on file his holograph signature for the conformed signature within this efiled document.

   */s/ Gregory P. Dresser*
     Gregory P. Dresser